EXHIBIT 1

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

W. Michael Stark III
2135 Grayson Place
Falls Church VA 22043
703 853 8290

*Plaintiff*

*vs.*

Heather Swift
c/o D.O.I
349 C St. NW
Washington DC 20240

*Defendants*

CIVIL ACTION NO. 19 - 0 0 0 1 6 6 8



FILED
CIVIL ACTIONS BRANCH
MAR 1 5 2019
Superior Court
of the District of Columbia
Washington, D.C.

## COMPLAINT

1.  Jurisdiction of this court is founded on D.C. Code Annotated, 2001 edition, as amended, Sec. 11-921.

   Wherefore, Plaintiff demands judgment against Defendant in the sum of $ 5,000,000 with interest and costs.

Phone: 703 853 8290

DISTRICT OF COLUMBIA, ss

Wilfred Michael Stark III                , being first duly sworn on oath deposes and says that the foregoing is a just and true statement of the amount owing by defendant to the paintiff, exclusive of all set-off and just grounds of defense.

(Plaintiff                                                    Agent)

Subscribed and sworn to before me this __15th__ day of __March__ 20 19.

(Notary Public/Deputy Clerk)

FORM CV-1013/ Nov. 00

**IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | |
|---|---|
| WILFRED MICHAEL STARK III<br>2135 Grayson Place<br>Falls Church, VA 22043<br><br>   PLAINTIFF,<br><br>   v.<br><br>HEATHER SWIFT, JAMES DAMORE,<br>CHRISTIE-LEE MCNALLY, CHAD WILKINSON,<br>TYLER DEVER, AMANDA KASTER-AVERILL,<br>ADAM LAXALT, KRISTIN DAVISON, ROBERT<br>LIST, RYAN KELLER, STEPHEN PEUTZ,<br>JOSEPH BROWN, ED GILLESPIE, FREE OUR<br>INTERNET, REPUBLICAN NATIONAL<br>COMMITTEE, NATIONAL REPUBLICAN<br>CONGRESSIONAL COMMITTEE, NATIONAL<br>REPUBLICAN SENATE COMMITTEE,<br>REPUBLICAN GOVERNOR'S ASSOCIATION,<br>THE DAILY CALLER, THE FREE BEACON, THE<br>WASHINGTON EXAMINER, and THE<br>REPUBLICAN STANDARD<br><br>At respective addresses<br><br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   JURY TRIAL DEMANDED<br>) |

Ed Gillespie: Sard Verbinnen 1717 Pennsylvania Ave NW #333, Washington, DC 20006

Heather Swift: DOI 349 C St. NW, Washington DC 20240

Amanda Kaster-Averill: DOI 349 C St. NW, Washington DC 20240

Christie-Lee McNally: P.O. Box 1078, Scarborough, ME 04074

Chad Wilkinson: P.O. Box 1078, Scarborough, ME 04074

FREE OUR INTERNET: P.O. Box 1078, Scarborough, ME 04074

TYLER DEVER: c/o Rep. Ross Spano 224 Cannon HOB, Washington DC 20515
ADAM LAXALT: PO Box 97801 Las Vegas, NV 89193

KRISTIN DAVISON: 9455 Sky Vista Parkway, Apt 21D, Reno, NV

ROBERT LIST: 1316 Colony Pine Street, Las Vegas, NV 89144

RYAN KELLER, 1810 E Walnut St Des Moines, IA 50316

STEPHEN PEUTZ 930 gaze Drive, san diego, ca 92106


JOSEPH BROWN, 8 tapadero lane, las vegas, NV 89113 Las Vegas, NV 89145

REPUBLICAN NATIONAL COMMITTEE: 310 First Street SE, Washington, DC 20003

NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE: 320 First St SE, Washington, DC 20003

NATIONAL REPUBLICAN SENATORIAL COMMITTEE: 425 2nd St NE, Washington, DC 20002

REPUBLICAN GOVERNORS ASSOCIATION: 1747 Pennsylvania Ave NW # 250, Washington, DC 20006


THE DAILY CALLER: 1920 L St NW #200, Washington, DC 20036

THE FREE BEACON: 1600 K Street NW, STE 200, Washington, DC 20006

THE WASHINGTON EXAMINER 1152 15th St NW, Washington, DC 20005

THE REPUBLICAN STANDARD: 25 East Main Street Suite 280 Richmond, Virginia 23219

Damose c/o Harmeet Dhillon
Dhillon Law Group
177 Post St
Suite 700
San Francisco CA 94108

## COMPLAINT

Plaintiff Mr. Wilfred Michael Stark, in his Complaint for Conspiracy and Defamation against

Defendants Heather Swift, James Damore, Christie Lee-McNally, Chad Wilkinson, Tyler Dever,

Amanda Kaster-Averill, Adam Laxalt, Kristin Davison, Robert List, Ryan Keller, Stephen Peutz,

Joseph Brown, Free Our Internet, Ed Gillespie, the Republican National Committee, the National

Republican Congressional Committee, the National Republican Senate Committee, The Daily

Caller, The Free Beacon, The Washington Examiner and the Republican Standard alleges as

follows:

## INTRODUCTION

1.  This is a claim for Conspiracy, Defamation and Intentional Infliction of Emotional

    Distress brought by Wilfred Michael Stark III against individuals, political organizations

    and political press organizations for conspiring to bring about an end to Mr. Stark's

    reputation and career as a reporter by portraying him in false light and falsely accusing

    him of a series vile and despicable acts.

2.  Mr. Stark was a reporter whose beat covered national conservative politics. His reporting

    was effective: he was profiled in the New York Times and his videos views count in the

    hundreds of millions.

3.  Defendants Heather Swift and Amanda Kaster-Averill are Department of Interior

    employees. Ed Gillespie is a nationally recognized Republican leader close to the

    national Republican infrastructure and familiar with American Bridge and Democratic

    politics.

4.  Defendants James Amore, Christie-Lee McNally and Chad Wilkinson are affiliated with employees of or otherwise affiliated with Defendant Free Our Internet, a political advocacy organization. Defendant Adam Laxalt is the former republican Attorney General for the State of Nevada, and was the 2018 Republican nominee for governor of Nevada. Kristin Davison, Robert List, Ryan Keller, Stephen Peutz, Joseph Brown were affiliated with the 2018 Adam Laxalt campaign for governor. Defendant Ed Gillespie is a nationally-recognized Republican leader, former Chair of the Republican National Committee and former candidate for Governor of Virginia. Defendants Republican National Committee, National Republican Congressional Committee, National Republican Senate Committee and Republican Governor's Association are Republican organizations purposed for electing Republicans to public office. Defendants The Daily Caller, The Free Beacon, The Washington Examiner and the Republican Standard are conservative-aligned media organizations.

5.  Defendants recognized the threat to their personal and professional interests presented by Plaintiff Wilfred Stark's aggressive pursuit of accountability for Republican politicians. To protect their candidates from persistent questioning, Defendants developed a strategy to marginalize and discredit Plaintiff through false accusations of assaults against women that resulted in Mr. Stark's arrest. Then, while Mr. Stark was in jail and unable to defend himself, Defendants further defamed Mr. Stark in print, television and radio media.


## STATEMENT OF FACTS

6.  In September, 2017, Mr. Stark was hired by ShareBlue, a progressive media organization affiliated with American Bridge, a "superPAC" renowned (notorious among conservatives) for its effectiveness and for being co-founded by David Brock.

7.  ShareBlue assigned plaintiff Mr. Stark with beat coverage of the Ed Gillespie campaign for Governor of Virginia.

8.  Mr. Stark attended Gillespie campaign events and attempted to engage candidate Gillespie with "accountability questions" – questions that Mr. Gillespie would likely find unwelcome, but were nonetheless important politically. Examples of Mr. Stark's questions included: Why, after the monuments controversy and race-based murder in Charlottesville, did Mr. Gillespie keep George Allen as a senior advisor to his campaign, given that Mr. Allen kept a noose and confederate Flag in his office? And, Why, after scores were murdered and hundred injured in Las Vegas, wouldn't Mr. Gillespie release his NRA questionnaire?

9.  Because Mr. Gillespie did not want to be questioned by Mr. Stark, the Gillespie campaign began having Mr. Stark removed from every campaign event under their control. If an event was held at a private facility, Mr. Stark was invariably told by the host that he must leave or face a trespass charge.

10. On October 28, 2017 Mr. Gillespie was scheduled to participate in the Annandale Halloween Parade in Annandale, Virginia. Mr. Stark attended the parade to provide coverage for ShareBlue.

11. Before the parade began, an unknown Gillespie campaign staffer called the police, described Mr. Stark as a suspicious individual unknown to the campaign but potentially dangerous, and asked for protection.

12. The heightened police tensions eventually contributed to Mr. Stark's arrest after arguing with police about whether or not he would be permitted to cover the Gillespie campaign.

13. In January, 2018, Mr. Stark was hired by American Bridge, to report for their new imprint (then in development), The American Ledger. Mr. Stark was tasked with using American Bridge's research as the basis for questioning Republican politicians and other conservative leaders.

14. Sometime in January, 2018, Mr. Stark questioned an unknown Republican Congressman who grew agitated at Mr. Stark's questions. The congressman told Mr. Stark "there was a reason" that Republicans did not have people on the Hill questioning Democratic Members of Congress. The Republican Congressman further shared that "the Committees" had agreed to a deal that they would not do this and that if Mr. Stark should persist, he should "watch himself" because there would be consequences.

15. On information and belief, Ed Gillespie, the Republican National Committee, the Republican Governors Association, the National Republican Congressional Committee, and the National Republican Senate Committee and agents thereof began discussing American Bridge's new reporting initiative and how to marginalize Mr. Stark. These discussions also took place on a email list among conservative communications professionals.

16. On or about February 21, 2018, Mr. Stark was sent to CPAC (the Conservative Political Action Conference) at Grand National Harbor in Maryland. While reporting from radio row, Mr. Stark saw James Damore, a former google employee and asked if he would be willing to do an interview regarding the #MeToo and #TimesUp movements. Mr. Damore's "handler", Christie-Lee McNally gave Mr. Stark a card with Chad Wilkinson's

contact information and instructed Mr. Stark to inquire with Mr. Wilkinson. Mr. Stark called the number and left a voicemail. The next day, Mr. Stark still had not heard back from Mr. Wilkinson when he saw Mr. Damore again. Sensing that mr. Damore would not want to speak about #MeToo or #TimesUp, and that would be newsworthy, Mr. Stark approached Mr. Damore with questions. Mr. Damore swatted at Mr. Stark's camera and falsely accused him of assaulting Christie-Lee McNally. On the basis of these false and defamatory accusations and nothing more, Mr. Stark was removed from the CPAC convention.

17. On information and belief, Mr. Stark alleges that Mr. Wilkinson and Ms. McNally receive emails shared on a list of conservative communications professionals. Mr. Stark further alleges that Mr. Wilkinson, Ms. McNally, James Damore and Free Our Internet used communications with people on the aforementioned email list to strategize and develop a "dirty trick" to marginalize Mr. Stark and his reporting.

18. On March 13, 2018, Mr. Stark was assigned to cover a Department of the Interior Budget hearing in the United States Senate. At the conclusion of the hearing, as then-Secretary of the Interior Ryan Zinke walked down a hallway, Mr. Stark asked him questions about overspending and improper use of government resources. Mr. Zinke's staff, which included Ms. Heather Swift, reacted by raising their voices to shout down the questions. A Capitol Police officer detained Mr. Stark, presumably to defuse what he interpreted as a volatile situation. Secretary Zinke and his staff boarded elevators and departed. At no time did Mr. Stark enter anyone else's personal space or attempt to board the elevators. After the Secretary departed, Mr. Stark and the detaining officer held a brief conversation

about the officer's interfering with the freedom of the press before parting ways amicably.

19. Two days later, on March 15, 2018, Secretary Zinke was the featured witness before the House of Representatives Natural Resources Committee. At the conclusion of his testimony, Mr. Stark approached the Secretary with his GoPro camera set to "record", introduced himself as the reporter that had previously questioned him about spending, explained that those questions were uninformed and unfair, and mentioned that he had further questions. Mr. Zinke shook Mr. Stark's hand twice – once at the introduction and again after Mr. Stark apologized for his unfair questions. Ms. Swift then asked Mr. Stark if he was media and who he was with; Mr. Stark said American Bridge. Ms. Swift contemptuously replied that American Bridge wasn't media and turned to follow Mr. Zinke into the reserved Committee space. Mr. Stark followed step-wise, the way one does when moving in a crowd through a small space. As Plaintiff Mr. Stark turned to exit through the public doors, ms. Swift stepped sharply to her left, and "hip-checked" Mr. Stark while simultaneously exclaiming, "Hey! Stop pushing!" Mr. Stark was detained by Capitol Police, who then took statements from Ms. Swift, Tyler Devers, and Amanda Kaster-Averill. Each of the statements were wildly inaccurate, maliciously false and defamatory.

20. Ms. Swift requested that Mr. Stark be held in jail so as to secure a stay-away order.

21. On information and belief, Ms. Swift also knew that by having Mr. Stark jailed, Mr. Stark would not be able to defend himself in the press. Ms. Swift took this opportunity to further defame Mr. Stark by coordinating with peers on conservative email lists, issuing press statements, and speaking with reporters. While Mr. Stark was jailed, Ms. Swift

defamed him to reporters at Brietbart News and the Daily Caller, and conspired to further

defame Mr. Stark by email with additional conservative communications and press

professionals.

22. The Daily Caller was the first to publish Ms. Swift's false allegations; they were soon

followed by Brietbart News, the Associated Press, Washington Post and additional local

and national media.

23. Within moments of the Daily caller publishing its story, scores of conservative

communications professionals and influencers tweeted and retweeted the link to the story.

On information and belief, such a sudden influx of social media attention only happens

when there is coordination beforehand. In this case, the coordination furthered the

conspiracy.

24. Ms. Swift issued the following false and defamatory statement with the intent of harming

Mr. Stark's reputation:

*First of all I want to thank the Capitol Police for their quick action and professionalism.*

*It happened so fast. It was terrifying and I still can't believe it happened. He is a big guy. He came up behind me fast, aggressive and very physical. Who knows what this lunatic was thinking?*

*Since joining the Trump Administration I've received harassing and threatening tweets, emails, phone calls, and letters (to include death threats) but being physically targeted and assaulted brings it to another level. This violent action only strengthens my desire to serve my president and my country.*

*Democrats claim to support women but they allow their operatives to assault women. They need to immediately denounce this type of violent behavior.*

25. Breitbart News reported:

> Following the House Committee on Natural Resources hearing, the man, who identified
> himself as a reporter with American Bridge 21st Century, reportedly pushed DOI Press
> Secretary Heather Swift to the ground in pursuit of Zinke.
>
> Swift told Breitbart News she is grateful to law enforcement and shocked by the incident.

26. Mr. Stark was placed on paid leave and ordered to stay away from the Capitol while his
employer, American Bridge, sought additional information.

27. Several weeks later, after Mr. Stark was able to retrieve the video from police possession,
Mr. Stark was returned to active status with American Bridge and resumed covering
Republican politicians on Capitol Hill.

28. After Mr. Stark's return from leave, The National Republican Congressional Committee
(NRCC) began assigning interns to follow Mr. Stark around the Capitol grounds as he
sought to question Republican members of Congress. By this time, Mr. Stark had been
acquitted of all charges related to his first arrest (at the Gillespie campaign event).
Nonetheless, the NRCC interns were required to carry picket-style signs featuring Mr.
Stark's mugshot as they followed Mr. Stark around the Capitol grounds.

29. In short, a republican campaign engineered Mr. Stark's arrest by complaining of him as a
suspicious person, then, after Mr. Stark had been acquitted of all charges, a national
republican campaign committee used the mugshot to further bring disrepute upon Mr.
Stark's reputation and otherwise defame him.

30. On October 16, 2018, Mr. Stark was assigned to cover an education event at which Adam
Laxalt was scheduled to give remarks. The event was held at a public community center
in Las Vegas, Nevada. The event was open to the public, and RSVPs were managed by

the online EVENTBRITE application. Mr. Stark RSVP'd, received his invitation and attended the event.

31. After Mr. Laxalt finished his remarks, Mr. Stark followed him into a hallway to ask questions about his sealed arrest records. Mr. Laxalt's staff assaulted Mr. Stark; Mr. Stark never retaliated or stopped filming Mr. Laxalt.

32. Police arrived and collected evidence. Ms. Kristin Davison, Mr. Bob List, Mr. Ryan Keller, Mr. Stephen Peutz, and Mr. Joseph Brown each provided false and defamatory statements to the police that amounted to saying Mr. Stark had violently assaulted Ms. Davison. Mr. Stark was arrested and sent to jail.

33. While Mr. Stark was in jail, Ms. Davison appeared on Fox News, furthering the effort to harm Mr. Stark's reputation.

34. Mr. Stark has clear video of the aforementioned events and has shared it with Ms. Davison with a request that she correct the record. She has not.

35. On information and belief, the Las Vegas damage to Mr. Stark's reputation was planned and coordinated among republican and conservative campaign and communications professionals by communicating on an email list.

## COUNT 1: Conspiracy

36. Each of the previous paragraphs 1 through 35 are incorporated by reference.

37. Defendants Heather Swift, James Damore, Christie Lee-McNally, Chad Wilkinson, Tyler Dever, Amanda Kaster-Averill, Adam Laxalt, Kristin Davison, Robert List, Ryan Keller, Stephen Peutz, Joseph Brown, Free Our Internet, the Republican National Committee, the National Republican Congressional Committee, the National Republican Senate

Committee, The Daily Caller, The Free Beacon, The Washington Examiner and the Republican Standard (or their agents) communicated at various times and instances to marginalize, discredit and defame Mr. Stark with the common purpose of forcing him to stop holding Republicans accountable in the press.

38. It is well established that not every member of a conspiracy has to know what every other member is doing, has done or will do, or even the identities of each of the members of the conspiracy. All that is required is for each member to agree to a goal and take a step to further its ends.

39. The conspiracy was conceived with the Gillespie campaign communicating across an email list to devise methods of discrediting and defaming Mr. Stark. The conspiracy was effectuated when Mr. Gillespie's campaign took the step of calling the police, pretended to not know that Mr. Stark was a reporter, and suggested Mr. Stark was suspicious and dangerous. It further continued when Mr. Damore, Mr. Wilkinson and Ms. McNally and other email list members devised a plan to falsely accuse Mr. Stark of assaulting Ms. McNally, and filing such a complaint with CPAC organizers and event police. The next domino of the conspiracy fell on March 15, 2018 when Heather Swift and her cohorts manufactured charges that Mr. Stark assaulted her. The most recent element of the conspiracy occurred when the Adam Laxalt campaign and its supporters falsely accused Mr. Stark of assaulting Kristin Davison at the Las Vegas education event.

## COUNT 2: DEFAMATION

40. Each of the previous paragraphs 1 through 39 are incorporated by reference.

41. Mr. Damore, Mr. Wilkinson and Ms. McNally each maliciously and untruthfully accused Mr. Stark of assaulting Ms. McNally. Each published their statements by articulating the charge to police, CPAC organizers or on Twitter.

42. Ms. Swift, Ms. Kaster-Averill and Mr. Devers each maliciously and untruthfully accused Mr. Stark of assaulting Ms. Swift on March 15, 2018 and later dates.

43. Adam Laxalt, Kristin Davison, Robert List, Ryan Keller, Stephen Peutz, Joseph Brown each maliciously and untruthfully accused Mr. Stark of assaulting Kristin Davison on October 16, 2018 and afterward.

## COUNT 3: INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

44. Each of the previous paragraphs 1 through 43 are incorporated by reference.

45. The manner by which Defendants sought to harm Plaintiff Wilfred Stark was extreme and outrageous.

46. As a result of the actions of the Defendants, Mr. Stark has experienced extreme emotional distress.

47. As a result of the actions of the Defendants, Mr. Stark's character and reputation was harmed, his standing with his neighbors and community suffered, his children were harassed at school, he lost his job and the happiness that came with it, he has been unable to find alternative employment and his finances have been left in shambles, and he has suffered severe mental anguish.

48. Defendants cooperated among themselves, are joint tortfeasors, and are jointly and severally liable to Mr. Stark for damages.

49. As a direct and proximate result of the defendants' actions, Mr. Stark has been materially and substantially damaged. Furthermore the actions of the Defendants were intentional,

malicious and willful in their intent to harm Mr. Stark while benefiting themselves.
Accordingly, defendants are liable for punitive damages in an amount to be proven at
trial.

## COUNT 5: FALSE ARREST and MALICIOUS PROSECUTION

50. Each of the previous paragraphs 1 through 49 are incorporated by reference.

51. As pertaining to Heather Swift, Amanda Kaster-Averill and Tyler Devers, on March 15,
2018 aforementioned Defendants did, without reasonable or probable cause, willfully
cause Plaintiff Wilfred Michael Stark III to be held against his will.

52. To wit, Plaintiff Wilfred Michael Stark III was held in the Washington D.C. jail from the
early afternoon of March 15, 2018 through the late afternoon on March 16, 2018.

53. It was no accident that Mr. Stark was held: police documents reveal that Ms. Swift
requested that the police hold him in jail so as to obtain a "stay-away" order.

54. Considering that Ms. Swift intentionally assaulted Mr. Stark and Ms. Swift, Ms. Kaster-
Averill, and Mr. Devers gave statements to the police that were wildly incongruent with
the truth, this behavior was outrageous. As a direct and proximate result of the
defendants' actions, Mr. Stark has been materially and substantially damaged.
Furthermore the actions of the Defendants were intentional, malicious and willful in their
intent to harm Mr. Stark while benefiting themselves. Accordingly, defendants are liable
for punitive damages in an amount to be proven at trial.

55. As pertaining to Kristin Davison, Joseph Brown and Robert List, and Stephen Peutz, on
October 16, 2018 aforementioned Defendants did, without reasonable or probable cause,
willfully cause Plaintiff Wilfred Michael Stark III to be held against his will.

56. To wit, Plaintiff Wilfred Michael Stark III was held in the Las Vegas municipal jail from the evening of October 16, 2018 through the late afternoon on October 17, 2018.

57. Defendants applauded while Mr. Stark was handcuffed and placed into a police car.

58. Considering that each defendant intentionally assaulted Mr. Stark and Ms. Davison, Mr. Brown, Mr. List, and Mr. Peutz gave statements to the police that were wildly incongruent with the truth, this behavior was outrageous. As a direct and proximate result of the defendants' actions, Mr. Stark has been materially and substantially damaged. Furthermore the actions of the Defendants were intentional, malicious and willful in their intent to harm Mr. Stark while benefiting themselves vicariously by aiding the Adam Laxalt campaign. Accordingly, defendants are liable for punitive damages in an amount to be proven at trial.

WHEREFORE, Plaintiff Wilfred Michael Stark III demands judgment, jointly and severally, against Heather Swift, James Damore, Christie Lee-McNally, Chad Wilkinson, Tyler Dever, Amanda Kaster-Averill, Adam Laxalt, Kristin Davison, Robert List, Ryan Keller, Stephen Peutz, Joseph Brown, Free Our Internet, Ed Gillespie, the Republican National Committee, the National Republican Congressional Committee, the National Republican Senate Committee, The Daily Caller, The Free Beacon, The Washington Examiner and the Republican Standard for: 1) compensatory damages as the law may allow; 2) punitive damages as the law may allow; 3) all costs, interest, attorneys' fees and disbursement to the highest extent permitted by law; and 4) other relief such as this court may deem just and proper.

DATED: March 15, 2019

Respectfully submitted,


Wilfred Michael Stark



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**500 Indiana Avenue, N.W., Suite 5000**
**Washington, D.C. 20001 Telephone: (202) 879-1133**

Wilfred Michael Sterk III

Plaintiff

vs.

Ed Gillespie

Defendant

Case Number
**19 - 0001668**

### SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Pro Se (Wilfred Michael Sterk III)
Name of Plaintiff's Attorney

2135 Grayson Place
Address
Fells Church VA 22043

703 853 8290
Telephone

Clerk of the Court

By
Deputy Clerk

Date 03

Patricia Allen
Deputy Clerk

如需翻译,请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      De ce modi fou dich may goi (202) 879-4828

번역을 원하시면, (202) 879-4828 로 전화주십시오      የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**500 Indiana Avenue, N.W., Suite 5000**
**Washington, D.C. 20001 Telephone: (202) 879-1133**

Wilfred Michael Stark III
_____
                                    Plaintiff

                vs.

Heather Swift
_____
                                    Defendant

**19 - 0 0 0 1668**

Case Number _____

**SUMMONS**

To the above named Defendant:

    You are hereby summoned and required to serve an Answer to the attached Complaint, either
personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive
of the day of service. If you are being sued as an officer or agency of the United States Government or the
District of Columbia Government, you have sixty (60) days after service of this summons to serve your
Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The
attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed
to the plaintiff at the address stated on this Summons.

    You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue,
N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on
Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on
the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment
by default may be entered against you for the relief demanded in the complaint.

Wm Stark
_____
Name of Plaintiff's Attorney

2135 Grayson Pl
_____
Address
Falls Church VA 22043

703 853 8240
_____
Telephone

_____
                    Clerk of the Court

                                    Patricia Allen
                                    Deputy Clerk

By _____
                    Deputy Clerk

Date _03/16/2019___

如需翻译,请打电话 (202) 879-4828          Veuillez appeler au (202) 879-4828 pour une traduction          Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요          የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU
ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT
MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE
COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR
REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS
ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

    If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the
Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500
Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**500 Indiana Avenue, N.W., Suite 5000**
**Washington, D.C. 20001 Telephone: (202) 879-1133**

Wilfred Michael Sick III
_____
Plaintiff

**19 - 000 1668**

vs.

Case Number _____

Amanda Kaster-Averill
_____
Defendant

### SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

WM Sick
_____
Name of Plaintiff's Attorney

2135 Grayson Pl
_____
Address
Falls Church VA 22043

703 853 8290
_____
Telephone

_Clerk of the Court_

By _____
Deputy Clerk

Date 03/15/20

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요    የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

Wilfred Michael Stek III
_____
Plaintiff

vs.

Christie-Lee McNally
_____
Defendant

Case Number **19 - 0 0 0 1 6 6 8**

**SUMMONS**

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

W.M. Stark
_____
Name of Plaintiff's Attorney

2135 Grayson Pl
_____
Address Falls Church VA 22043

703 853 8290
_____
Telephone

Clerk of the Court

By _____
Deputy Clerk

Date 03/15/____

Patricia Allen
Deputy Clerk

如需翻译,请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Để có một bài dịch hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828 로 전화주십시요     የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan. 2011                                                                                     CASUM.doc



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

Wilfred Michael Stark III
_____
Plaintiff

vs.                                                    Case Number **19 - 0001668**

Chad Wilkinson
_____
Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

WM Stark
_____
Name of Plaintiff's Attorney                                   Clerk of the Court     Patricia Allen
                                                                                      Deputy Clerk
2135 Grayson 11
_____          By _____
Address Falls Church VA 22043                                    Deputy Clerk

703 853 8290
_____          Date _____
Telephone

如需翻译, 请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요     የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

Case 1:19-cv-01010   Document 1-1   Filed 04/10/19   Page 24 of 47

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**500 Indiana Avenue, N.W., Suite 5000**
**Washington, D.C. 20001 Telephone: (202) 879-1133**

Wilfred Michael Sterk III
_____
Plaintiff

vs.

Case Number 2019 000 1668

James Dunmore
_____
Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

WM Sterk                                    Patricia Allen
_____                     Deputy Clerk
Name of Plaintiff's Attorney                Clerk of the Court

2135 Grayson Pl                      By _____
Address                                        Deputy Clerk
Falls Church VA 22043

705 853 8290                         Date 02/15/19
Telephone

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Đề có một bản dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요    የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan. 2011                                              CASUM.doc



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**500 Indiana Avenue, N.W., Suite 5000**
**Washington, D.C. 20001 Telephone: (202) 879-1133**

Wilfred Michael Stert III
_____
                    Plaintiff

vs.                                    Case Number **19 - 000 1668**

Free Our Internet
_____
                    Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Wm. Stark
_____        Clerk of the Court        Patricia Allen
Name of Plaintiff's Attorney                                        Deputy Clerk

2135 Grayson Pl
_____        By _____
Address  Falls Church VA 22043                 Deputy Clerk

703 853 8290
_____        Date 03/15/2019
Telephone

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시오    የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**500 Indiana Avenue, N.W., Suite 5000**
**Washington, D.C. 20001 Telephone: (202) 879-1133**

Wilfred Michael Stark III
_____
Plaintiff

vs.

Tyler Dever
_____
Defendant

Case Number **19-0001668**

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

WM Stark
_____
Name of Plaintiff's Attorney

2135 Grayson Pl
_____
Address
Falls Church VA 22043

703 853 8290
_____
Telephone

Clerk of the Court    Patricia Allen
                      Deputy Clerk

By _____
Deputy Clerk

Date 03/15/2019

如需翻译 请打电话 (202) 879-4828          Veuillez appeler au (202) 879-4828 pour une traduction          Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요          የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**500 Indiana Avenue, N.W., Suite 5000**
**Washington, D.C. 20001 Telephone: (202) 879-1133**

Wilfred Michael Stark III

_____
Plaintiff

vs.

Case Number 19 - 0001668

Adam Laxalt

_____
Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

W. M. Stark
_____
Name of Plaintiff's Attorney

2135 Grayson Pl
Falls Church VA 22043
Address

703 553 8290
_____
Telephone

_Clerk of the Court_   Patricia Allen
Deputy Clerk

By _____
Deputy Clerk

Date 03/15/2019

如需翻译,请打电话 (202) 879-4828       Veuillez appeler au (202) 879-4828 pour une traduction       Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요       የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan. 2011                                                                 CASUM.doc

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**500 Indiana Avenue, N.W., Suite 5000**
**Washington, D.C. 20001 Telephone: (202) 879-1133**

Wilfred Michael Stark III
_____
Plaintiff

vs.

Kristin Davison
_____
Defendant

**19 - 0 0 0 1668**
Case Number _____

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Wm Stark
_____
Name of Plaintiff's Attorney

2135 Grayson Pl
_____
Address Falls Church VA 22043

703 853 8290
_____
Telephone

Patricia Allen
Clerk of the Court        Deputy Clerk

By _____
                    Deputy Clerk

Date  03/15/2019

如需翻译,请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction        Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시오        የአማርኛ ትርጉም ለማግኘት (202) 879-4828/ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español





**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**500 Indiana Avenue, N.W., Suite 5000**
**Washington, D.C. 20001 Telephone: (202) 879-1133**

Wilfred Michael Stark III
_____
Plaintiff

vs.                                                    Case Number 19 - 0001668

Robert List
_____
Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

WM Stark
_____
Name of Plaintiff's Attorney

2135 Graysen Pl
_____
Address   Falls Church VA 22043

703 553 8290
_____
Telephone

Clerk of the Court                           Patricia Allen
                                              Deputy Clerk

By _____
                              Deputy Clerk

Date 03/15/2019

如需翻译,请打电话 (202) 879-4828          Veuillez appeler au (202) 879-4828 pour une traduction          Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요          የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**500 Indiana Avenue, N.W., Suite 5000**
**Washington, D.C. 20001 Telephone: (202) 879-1133**

Wilfred Michael Slekc III
_____
Plaintiff

vs.

19 - 0 0 0 1668

Case Number _____

Ryan Keller
_____
Defendant

**SUMMONS**

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

WM Slekc
_____
Name of Plaintiff's Attorney

2135 Grayson Pl
_____
Address
Falls Church VA 22043

703 853 8290
_____
Telephone

Clerk of the Court

Patricia Allen
Deputy Clerk

By _____
Deputy Clerk

Date 03/15/2019

如需翻译，请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시오     የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**500 Indiana Avenue, N.W., Suite 5000**
**Washington, D.C. 20001 Telephone: (202) 879-1133**

Wilfred Michael Stark II
_____
Plaintiff

vs.

Stephen Peutz
_____
Defendant

Case Number **19 - 000 1668**

### SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

W.M. Stark
_____
Name of Plaintiff's Attorney

2135 Grayson Pl
_____
Address
Falls Church VA 22043

703 553 8290
_____
Telephone

_Clerk of the Court_

By _____
Deputy Clerk

Date 02/15/2019

Patricia Allen
Deputy Clerk

如需翻译,请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시오     የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**500 Indiana Avenue, N.W., Suite 5000**
**Washington, D.C. 20001 Telephone: (202) 879-1133**

W. Ifred  Michael  Stek  III

_____
Plaintiff

vs.

**19 - 000 1668**

Case Number _____

Joseph  Brown

_____
Defendant

### SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

W. M  Stek  K
_____
Name of Plaintiff's Attorney

2135  Grayson  Pl
_____
Address
Falls  Church  VA  22043

703 853 8290
_____
Telephone

_____  _____
Clerk of the Court                    Patricia Allen
                                      Deputy Clerk

By _____
                    Deputy Clerk

Date  03/15/2019

如需翻译,请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction        Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요        የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**500 Indiana Avenue, N.W., Suite 5000**
**Washington, D.C. 20001 Telephone: (202) 879-1133**

W.lfred Michael Stark II

Plaintiff

vs.

Case Number **19 - 0 0 0 1668**

Republican National Committee

Defendant

### SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

W.M. Stark

Name of Plaintiff's Attorney

2135 Grayson Pl

Address
Falls Church VA 22043

703 853 8290

Telephone

Clerk of the Court

Patricia Allen
Deputy Clerk

By

Deputy Clerk

Date 03/15/2019

如需翻译,请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요     የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**500 Indiana Avenue, N.W., Suite 5000**
**Washington, D.C. 20001 Telephone: (202) 879-1133**

Wilfred Michael Stark II
_____
Plaintiff

vs.                                                    Case Number **19 - 000 1668**

National Republican Congressional Committee
_____
Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

W.M. Stark                                              _Clerk of the Court_        Patricia Allen
_____                                                   Deputy Clerk
Name of Plaintiff's Attorney

2135 Grayson Place                              By _____
Address                                                        Deputy Clerk
Falls Church VA  22043

703 853 8290                                          Date 03/15/2019
_____
Telephone
如需翻译 请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Dể có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시오      የአማርኛ ትርጉም ከፈለጉ (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan. 2011                                                              CASUM doc



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**500 Indiana Avenue, N.W., Suite 5000**
**Washington, D.C. 20001 Telephone: (202) 879-1133**

Wilfred Michael Stark III
_____
Plaintiff

vs.                                                    Case Number **19 - 0001668**

Natural Republican Senatorial Committee
_____
Defendant

**SUMMONS**

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

U.M Stark
_____
Name of Plaintiff's Attorney                                    _Clerk of the Court_    Patricia Allen
                                                                                          Deputy Clerk

705 853 8290                                          By _____
Address                                                           Deputy Clerk
2135 Grayson Place

Falls Church VA 22043                                Date   03/15/19
_____
Telephone

如需翻译,请打电话 (202) 879-4828          Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828 로 전화주십시요    የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan. 2011                                                              CASUM.doc

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

Wilfred Michael Stark III
_____
Plaintiff

vs.                                           Case Number 0 0 0 1 6 6 8

Republican Governors Association
_____
Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

W.M. Stark
_____
Name of Plaintiff's Attorney

2135 Graysen Place
_____
Address
Falls Church VA 22043

703 553 8290
_____
Telephone

Clerk of the Court

Patricia Allen
Deputy Clerk

By _____
Deputy Clerk

Date 03/15/2019

如需翻译, 请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요      የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**500 Indiana Avenue, N.W., Suite 5000**
**Washington, D.C. 20001 Telephone: (202) 879-1133**

Wilfred Michael Stark III
_____
Plaintiff

vs.

Case Number 19 - 000 1668

The Daily Caller
_____
Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

W.M. Stark
_____
Name of Plaintiff's Attorney

2135 Grayson Place
_____
Address    Falls Church  VA  22043

703 553 8290
_____
Telephone

Clerk of the Court

Patricia Allen
Deputy Clerk

By_____
Deputy Clerk

Date 03/15/2019

如需翻译，请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요     የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**500 Indiana Avenue, N.W., Suite 5000**
**Washington, D.C. 20001 Telephone: (202) 879-1133**

Wilfred Michael Stark III
_____
Plaintiff

vs.

Case Number
**19 - 000 1668**

The Free Reason
_____
Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

W. Michael Stark
_____
Name of Plaintiff's Attorney

2135 Grayson Pl
_____
Address
Falls Church VA 22043

703 553 8290
_____
Telephone

_Clerk of the Court_   Patricia Allen
                       Deputy Clerk

By _____
                   Deputy Clerk

Date 03/15/2019

如需翻译,请打电话 (202) 879-4828   Veuillez appeler au (202) 879-4828 pour une traduction   Dề có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시오   ፕአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**500 Indiana Avenue, N.W., Suite 5000**
**Washington, D.C. 20001 Telephone: (202) 879-1133**

Wilfred Michael Sbrk II
_____
Plaintiff

vs.

The Washington Examiner
_____
Defendant

Case Number 19-0001668

**SUMMONS**

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

W. Michael Sbrk
_____
Name of Plaintiff's Attorney

2135 Grayson Place
_____
Address
Falls Church VA 22043

703 853 8290
_____
Telephone

_Clerk of the Court_                    Patricia Allen
                                        Deputy Clerk

By _____
            Deputy Clerk

Date 03/15/2019

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828 로 전화주십시요    የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**500 Indiana Avenue, N.W., Suite 5000**
**Washington, D.C. 20001 Telephone: (202) 879-1133**

Wilfred Michael Stark II
_____
Plaintiff

vs.

The Republican Standard
_____
Defendant

**19 - 0 0 0 1 6 6 8**

Case Number

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

W. Michael Stark
Name of Plaintiff's Attorney

2135 Grayson Place
Address
Falls Church VA 22043

703 853 8290
Telephone

_Clerk of the Court_    Patricia Allen
                        Deputy Clerk

By _____
                Deputy Clerk

Date 03/15/__

如需翻译,请打电话 (202) 879-4828          Veuillez appeler au (202) 879-4828 pour une traduction          Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828 로 전화주십시오          የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

# Superior Court of the District of Columbia

### CIVIL DIVISION- CIVIL ACTIONS BRANCH
### INFORMATION SHEET

_Wilfred Michael Stark III_

vs

_Heather Swift_

Case Number: __19 - 0 0 0 1668__

Date: __3/15/19__

☐ One of the defendants is being sued in their official capacity.

| Name: *(Please Print)* Wilfred Michael Stark III | Relationship to Lawsuit |
|---|---|
| Firm Name: | ☐ Attorney for Plaintiff |
| Telephone No.: 703 853 8290        Six digit Unified Bar No.: | ☑ Self (Pro Se) |
| | ☐ Other: _____ |

TYPE OF CASE: ☐ Non-Jury        ☐ 6 Person Jury        ☐ 12 Person Jury

Demand: $ _5,000,000_        Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No.:_____        Judge:_____        Calendar #:_____

Case No.:_____        Judge:_____        Calendar#:_____

---

**NATURE OF SUIT:**        *(Check One Box Only)*

**A. CONTRACTS**                    **COLLECTION CASES**

| | | |
|---|---|---|
| ☐ 01 Breach of Contract | ☐ 14 Under $25,000 Pltf. Grants Consent | ☐ 16 Under $25,000 Consent Denied |
| ☐ 02 Breach of Warranty | ☐ 17 OVER $25,000 Pltf. Grants Consent | ☐ 18 OVER $25,000 Consent Denied |
| ☐ 06 Negotiable Instrument | ☐ 27 Insurance/Subrogation | ☐ 26 Insurance/Subrogation |
| ☐ 07 Personal Property | Over $25,000 Pltf. Grants Consent | Over $25,000 Consent Denied |
| ☐ 13 Employment Discrimination | ☐ 07 Insurance/Subrogation | ☐ 34 Insurance/Subrogation |
| ☐ 15 Special Education Fees | Under $25,000 Pltf. Grants Consent | Under $25,000 Consent Denied |
| | ☐ 28 Motion to Confirm Arbitration | |
| | Award (Collection Cases Only) | |

**B. PROPERTY TORTS**

| | | |
|---|---|---|
| ☐ 01 Automobile | ☐ 03 Destruction of Private Property | ☐ 05 Trespass |
| ☐ 02 Conversion | ☐ 04 Property Damage | |
| ☐ 07 Shoplifting, D.C. Code § 27-102 (a) | | |

**C. PERSONAL TORTS**

| | | |
|---|---|---|
| ☐ 01 Abuse of Process | ☐ 10 Invasion of Privacy | ☐ 17 Personal Injury- (Not Automobile, |
| ☐ 02 Alienation of Affection | ☑ 11 Libel and Slander | Not Malpractice) |
| ☐ 03 Assault and Battery | ☑ 12 Malicious Interference | ☐ 18 Wrongful Death (Not Malpractice) |
| ☐ 04 Automobile- Personal Injury | ☑ 13 Malicious Prosecution | ☐ 19 Wrongful Eviction |
| ☐ 05 Deceit (Misrepresentation) | ☐ 14 Malpractice Legal | ☐ 20 Friendly Suit |
| ☑ 06 False Accusation | ☐ 15 Malpractice Medical (Including Wrongful Death) | ☐ 21 Asbestos |
| ☑ 07 False Arrest | ☐ 16 Negligence- (Not Automobile, | ☐ 22 Toxic/Mass Torts |
| ☐ 08 Fraud | Not Malpractice) | ☐ 23 Tobacco |
| | _conspiracy_ | ☐ 24 Lead Paint |

SEE REVERSE SIDE AND CHECK HERE        IF USED

CV-496/June 2015

# Information Sheet, Continued

**C. OTHERS**

☐ 01 Accounting
☐ 02 Att. Before Judgment
☐ 05 Ejectment
☐ 09 Special Writ/Warrants
    (DC Code § 11-941)
☐ 10 Traffic Adjudication
☐ 11 Writ of Replevin
☐ 12 Enforce Mechanics Lien
☐ 16 Declaratory Judgment

☐ 17 Merit Personnel Act (OEA)
    (D.C. Code Title 1, Chapter 6)
☐ 18 Product Liability

☐ 24 Application to Confirm, Modify,
    Vacate Arbitration Award (DC Code § 16-4401)
☐ 29 Merit Personnel Act (OHR)
☐ 31 Housing Code Regulations
☐ 32 Qui Tam
☐ 33 Whistleblower

**II.**

☐ 03 Change of Name
☐ 06 Foreign Judgment/Domestic
☐ 08 Foreign Judgment/International
☐ 13 Correction of Birth Certificate
☐ 14 Correction of Marriage
    Certificate
☐ 26 Petition for Civil Asset Forfeiture (Vehicle)
☐ 27 Petition for Civil Asset Forfeiture (Currency)
☐ 28 Petition for Civil Asset Forfeiture (Other)

☐ 15 Libel of Information
☐ 19 Enter Administrative Order as
    Judgment [ D.C. Code §
    2-1802.03 (h) or 32-151 9 (a)]
☐ 20 Master Meter (D.C. Code §
    42-3301, et seq.)

☐ 21 Petition for Subpoena
    [Rule 28-I (b)]
☐ 22 Release Mechanics Lien
☐ 23 Rule 27(a)(1)
    (Perpetuate Testimony)
☐ 24 Petition for Structured Settlement
☐ 25 Petition for Liquidation

**D. REAL PROPERTY**

☐ 09 Real Property-Real Estate
☐ 12 Specific Performance
☐ 04 Condemnation (Eminent Domain)
☐ 10 Mortgage Foreclosure/Judicial Sale
☐ 11 Petition for Civil Asset Forfeiture (RP)

☐ 08 Quiet Title
☐ 25 Liens: Tax / Water Consent Granted
☐ 30 Liens: Tax / Water Consent Denied
☐ 31 Tax Lien Bid Off Certificate Consent Granted

_____
Attorney's Signature

3/15/19
_____
Date

CV-496/ June 2015